OSCN Found Document:In re: AMENDMENTS TO RULE 2 OF THE RULES FOR MANDATORY JUDICIAL CONTINUING LEGAL EDUCATION

 

 
 In re: AMENDMENTS TO RULE 2 OF THE RULES FOR MANDATORY JUDICIAL CONTINUING LEGAL EDUCATION2026 OK 8Decided: 02/09/2026THE SUPREME COURT OF THE STATE OF OKLAHOMA
Cite as: 2026 OK 8, __ P.3d __

 

In re: AMENDMENTS TO RULE 2 OF THE RULES FOR MANDATORY JUDICIAL CONTINUING LEGAL EDUCATION, 5 O.S.2025, CH. 1, APP. 4B

ORDER

¶1 Pursuant to the general administrative authority that Article VII, Section 6 of the Oklahoma Constitution vests in this Court over all courts of this State except the Court on the Judiciary and the Senate sitting as a Court of Impeachment, the Court hereby adopts the attached amendment to Rule 2 of the Rules for Mandatory Judicial Continuing Legal Education, 5 O.S.2025, ch. 1, app. 4B. A clean copy of the amended rule is attached as "Exhibit A," and a red-lined copy is attached as "Exhibit B."

¶ 2 DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE THIS 9TH DAY OF FEBRUARY, 2026.

s/___________________________________
Chief Justice

ALL JUSTICES CONCUR.

 

 

"EXHIBIT A"

Rules for Mandatory Judicial Continuing Legal Education

Chapter 1, App. 4B

Rule 2. Approved Courses for Mandatory Judicial Continuing Legal Education.

The hours of Mandatory Judicial Continuing Legal Education must be obtained by attendance at MJCLE courses or programs provided by the Administrative Office of the Courts; offered through the National Judicial College; presented at monthly meetings of the Oklahoma Chapters of the American Inns of Court; funded, facilitated, developed, implemented, or conducted by the Council on Judicial Complaints pursuant to Section 1651.1 of Title 20 of the Oklahoma Statutes; or otherwise specially approved by the Chief Justice of the Oklahoma Supreme Court for MJCLE. Additionally, general continuing legal education (MCLE) programs or courses for attorneys may be used to satisfy no more than six (6) hours of the MJCLE requirement.

 

 

"EXHIBIT B"

Rules for Mandatory Judicial Continuing Legal Education

Chapter 1, App. 4B

Rule 2. Approved Courses for Mandatory Judicial Continuing Legal Education.

The hours of Mandatory Judicial Continuing Legal Education must be obtained by attendance at MJCLE courses or programs provided by the Administrative Office of the Courts,; or offered through the a National Judicial College course,; or programs presented at monthly meetings of the Oklahoma Chapters of the American Inns of Court,; funded, facilitated, developed, implemented, or conducted by the Council on Judicial Complaints pursuant to Section 1651.1 of Title 20 of the Oklahoma Statutes; or any otherwise program specially approved by the Chief Justice of the Oklahoma Supreme Court for MJCLE. Additionally, Ggeneral continuing legal education (MCLE) programs or courses for attorneys may be used to satisfy no more than six (6) hours of the MJCLE requirement.